Form oscmlfee − oscmlfeev27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10611−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea Holston−Lewis
   443 Grove Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−8972

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 2/20/2026 in the amount of $ 78.25 has not been received by the Clerk,

☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Stacey L. Meisel on:

Date: March 17, 2026
Time: 10:00 AM
Location: Meeting to be held by phone, visit www.court−solutions.com, or www.njb.uscourts.gov, for more information.

to show cause why the case should not be dismissed.

If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system at www.njb.uscourts.gov for non court efilers.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom.

Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE
ADVISED that failure to pay fees, seek an extension, or appear at the hearing will result in dismissal of the case.

Dated: February 23, 2026
JAN: mlc

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-10611-SLM

Andrea Holston-Lewis                                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                      Page 1 of 2

Date Rcvd: Feb 23, 2026                                  Form ID: oscmlfee                               Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Andrea Holston-Lewis, 443 Grove Street, Irvington, NJ 07111-4567

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2026 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                            User: admin                                    Page 2 of 2
Date Rcvd: Feb 23, 2026                         Form ID: oscmlfee                             Total Noticed: 2

TOTAL: 3